[No. 68668-2-I.   Division One.   April 29, 2013.]

*In the Matter of the Marriage of* BALBIRPAL GREWAL, *Respondent,* and HARJINDER GREWAL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-3-01949-1, Jean A. Rietschel, J., entered March 29, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.

[Nos. 68704-2-I; 68705-1-I.   Division One.   April 29, 2013.]

*In the Matter of the Dependency of* G.N.G. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. JOEL SALAS GARCIA, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 11-7-02222-4, Deborah D. Fleck, J., entered April 13, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 68761-1-I.   Division One.   April 29, 2013.]

*In the Matter of the Dependency of* B.M.A.O.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. STEVEN OSTRANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-7-02600-9, Mary Yu, J., entered April 18, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Dwyer, J.